UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| RESIDENTIAL MORTGAGE LOAN ) <br> TRUST 2013-TT2, BY U.S. BANK ) <br> NATIONAL ASSOCIATION, ) <br> ) <br>     PLAINTIFF ) <br> ) <br> V. ) <br> ) <br> JOANE K. LLOYD, ET AL., ) <br> ) <br>     DEFENDANTS ) <br> ) <br> GLENNIS J. LLOYD, ) <br> BIW FIVE COUNTY CREDIT UNION, ) <br> DJM, LLC, ) <br> SNOWFLAKE HOLDINGS F/K/A ) <br> DOWNEAST ENERGY, ) <br> ) <br>     PARTIES-IN-INTEREST ) | CIVIL NO. 2:15-CV-466-DBH |

ORDER ON MOTION TO AMEND COMPLAINT

The motion to amend complaint is **GRANTED**. The defendants' request for reasonable attorney fees in reviewing and responding to the motion and amended complaint is **GRANTED** for the reasons advanced in the defendants' response to the motion (the plaintiff filed no reply to the request.) The defendants shall file their request for fees and supporting documentation by November 14, 2016, and the plaintiff shall respond by December 5, 2016.

    SO ORDERED.

    DATED THIS 24TH DAY OF OCTOBER, 2016

                                                /S/D. BROCK HORNBY <br>
                                                D. BROCK HORNBY <br>
                                                UNITED STATES DISTRICT JUDGE