UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| RESIDENTIAL MORTGAGE LOAN TRUST 2013-TT2, BY U.S. BANK NATIONAL ASSOCIATION,<br><br>PLAINTIFF<br><br>V.<br><br>JOANE K. LLOYD, ET AL.,<br><br>DEFENDANTS<br><br>GLENNIS J. LLOYD,<br>BIW FIVE COUNTY CREDIT UNION,<br>DJM, LLC,<br>SNOWFLAKE HOLDINGS F/K/A DOWNEAST ENERGY,<br><br>PARTIES-IN-INTEREST | CIVIL NO. 2:15-CV-466-DBH |

**REPORT OF PRE-FILING CONFERENCE UNDER LOCAL RULE 56(h)**

A Local Rule 56 pre-filing conference was held on January 12, 2017.

The lawyers agreed to a conference before Magistrate Judge John H. Rich, III that will involve (1) addressing any outstanding discovery disputes, and (2) a settlement conference with clients in attendance. Judge Rich's case manager can schedule the conference.

If the matter is not resolved following the conference with Judge Rich, Judge Rich shall set the deadlines for the summary judgment process in accordance with the following: the parties expect to agree to a stipulated record of all the documents material to the loan, mortgage, assignments, foreclosure,

etc. They will file the stipulated record on the same date set for the plaintiff to file its motion for summary judgment with supporting materials in accordance with Local Rule 56, to be followed by the defendant's response in accordance with Local Rule 56, and the plaintiff's reply. The parties have also indicated that, should the case proceed further, a bench trial may be appropriate in light of the issues involved, but they have not finally resolved that issue.

**SO ORDERED.**

**DATED THIS 12TH DAY OF JANUARY, 2017**

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**